UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLEN DIMPLEX AMERICAS
LTD., f/k/a, DIMPLEX NORTH
AMERICA
LIMITED,

      Plaintiff,　　　　　　　　　　Case No. 18-cv-13504

      　　　　　　　　　　　　　　Paul D. Borman
v.　　　　　　　　　　　　　　　　United States District Judge

TWIN-STAR INTERNATIONAL,
INC.

      Defendant.
_____/

**<u>ORDER (1) GRANTING PLAINTIFF'S REQUEST FOR A TECHNOLOGY TUTORIAL (ECF NO. 53), (2) REQUESTING SEPARATE TUTORIALS OF UP TO ONE HOUR EACH IN LATE SEPTEMBER 2020, AND (3) REGARDING APPOINTMENT OF A TECHNICAL ADVISOR</u>**

    This patent infringement case presents a variety of complex issues both of technology and law. The Court believes that both a technology tutorial and a confidential technical advisor, with demonstrated experience in intellectual property law, would provide significant assistance to the Court in efficiently and comprehensively digesting the technical and legal issues presented by this case in a manner that will best serve the interests of the public and the administration of justice. Accordingly, Plaintiff's Motion to Include Technology Tutorial in Case Management and Scheduling Order (ECF No. 53) is GRANTED and the Court

intends to schedule a technology tutorial in late September 2020, with the specific date for the tutorial and the format for presentation to be set forth in a separate order.

The attorneys should be prepared to present informal, neutral, non-argumentative and useful explanations to the Court regarding the nature of the technology at issue in this action.  The attorneys should be prepared to give the main presentations of up to one hour in length.  If in presenting their explanations the attorneys wish to use any exhibits they believe would be helpful, such exhibits should be provided to the other side for review three days before the tutorial.

The Court intends to utilize a technical advisor during its view of each tutorial, and therefore intends to appoint a technical advisor pursuant to the Court's inherent authority.  The technical advisor shall act as a confidential advisor to the Court with regard to matters requiring technical expertise.

If the parties agree to a technical advisor for the Court to utilize, and so advise the Court by September 4, 2020, the Court will consider that person.

If not, the Court will present potential technical advisor names for the parties to consider.

The parties will share the fees of the technical advisor.

The Court will separately issue a Civil Case Management and Scheduling Order governing this matter, and the use of a Special Master for the claim construction (Markman) hearing.

IT IS SO ORDERED.

Dated: August 21, 2020                         s/Paul D. Borman
                                               Paul D. Borman
                                               United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2020, by electronic and/or ordinary mail.

                         s/Lisa Bartlett
                         Case Manager