**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Glen Dimplex Americas Ltd., f/k/a, Dimplex North America Limited, | |
| Plaintiff, | Civil Action No. 2:18-cv-13504-PB-MKM |
| v. | |
| Twin-Star International, Inc., | Hon. Paul D. Borman Magistrate Judge Elizabeth A. Stafford |
| Defendant. | |

_____/

## Joint Motion to Extend and Reset Claim Construction Deadlines

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Twin-Star and Dimplex jointly submit this motion to extend and reset deadlines for claim construction set forth in the Court's Civil Case Management and Scheduling Order, ECF # 58.

Good cause for this motion exists for two reasons. First, as the parties exchanged disputed claims terms and constructions substantial disagreement regarding the claims-at-issue emerged. The parties require additional time to ensure the correct identification of claim terms-at-issue and, if possible, the resolution of those constructions without the Court's further involvement. Therefore, as a result of the agreement between the parties, the parties require

{9149894: }

additional time to complete disputed claim term identification, proposed claim construction exchange, joint claim construction, and briefing on the same.

Second, the new deadlines identified below are required because counsel for Dimplex's upcoming wedding schedule.

Based on the foregoing reasons for good cause, the parties propose that the deadlines set forth in ECF #58 be extended and reset as follows:

| EVENT | TIMELINE |
| --- | --- |
| Exchange of disputed claim terms | October 22, 2020 |
| Exchange of proposed constructions | November 5, 2020 |
| Joint claim constructions | November 12, 2020 |
| Plaintiff's Opening Brief | December 11, 2020 |
| Defendant's Responsive Brief | January 11, 2021 |
| Plaintiff's Reply Brief | February 1, 2021 |

The Parties further note that because the remaining deadlines on the case calendar are dependent on the completion of claim construction, no other dates will need to be reset at this time. Therefore, for good cause shown, the Court should extend and reset the deadlines for claim construction as set forth above.

{9149894: }

Dated: October 8, 2020

Respectfully submitted,

| s/ *David B. Cupar* | s/ *Barbara L. Mandell* (by consent) |
|---|---|
| David B. Cupar (OH 0071622) | Michael B. Stewart (P45318) |
| Andrew D. Gordon-Seifert (OH 0092499) | Barbara L. Mandell (P36437) |
| | Paul M. Ratzmann (P77465) |
| McDonald Hopkins LLC | Fishman Stewart PLLC |
| 600 Superior Avenue, East, Ste. 2100 | 800 Tower Drive |
| Cleveland, OH 44114 | Suite 610 |
| Telephone: 216-348-5400 | Troy, MI 48098 |
| Fax: 216-348-5474 | mstewart@fishstewip.com |
| dcupar@mcdonaldhopkins.com | bmandell@fishstewip.com |
| agordon-seifert@mcdonaldhopkins.com | pratzmann@fishstewip.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |